IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS MILLS, | 1:08-cv-00034-AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE |
| vs. | OBJECTIONS TO THE FINDINGS AND RECOMMENDATION |
| THE GOVERNOR OF THE STATE OF CALIFORNIA, et al., | (DOCUMENT #10) |
| Defendants. | THIRTY-DAY DEADLINE |

On September 17, 2008, plaintiff filed a motion to extend time to file objections to the findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to objections to the findings and recommendation.

IT IS SO ORDERED.

Dated:   **September 23, 2008**          /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE